No. 359. GOLDBERG, SECRETARY OF LABOR, v. WADE LAHAR CONSTRUCTION Co. C. A. 8th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Solicitor General Cox, Bessie Margolin* and *Beate Bloch* for petitioner. *Herschel H. Friday, Jr.* for respondent. 

No. 69, Misc. BRIONES ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 370. POSS v. RIBICOFF, SECRETARY OF HEALTH, EDUCATION AND WELFARE. Motion to dispense with printing the petition for certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondent. 

No. 17, Misc. IN RE WILSON. Superior Court of New Jersey, Appellate Division. Certiorari denied. Petitioner *pro se. Stanley E. Rutkowski* for respondent.

No. 27, Misc. WALDEN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *George N. Leighton* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent. 

No. 137, Misc. MORROW v. DAVIS, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckinridge,* Attorney General of Kentucky, and *Ray Corns,* Assistant Attorney General, for respondent.